**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7874**

---

DAVID LESTER HERBERT,

Petitioner - Appellant,

versus

WARDEN SMITH; ATTORNEY GENERAL OF THE STATE OF
MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. M.J. Garbis, District Judge. (CA-95-3281-
MJG)

---

Submitted: January 11, 1996      Decided: January 25, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

David Lester Herbert, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Herbert v. Smith, No. CA-95-3281-MJG (D. Md. Nov. 7, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED